MAR 17 2005

FILED ___ LODGED
___ RECEIVED ___ COPY

MAR 1 8 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

PGM TECHNOLOGIES, INC. )
) CASE NO. CV 05-0637 PHX ROS
Plaintiff(s)/Petitioner(s), )
) ORDER FOR ADMISSION OF
vs. ) ATTORNEY PRO HAC VICE
CAN PAY MINING, INC. )
)
)
Defendant(s)/Respondent(s) )

Based upon the motion of THOMAS KUMMER admission to practice pro hac vice in this action on behalf of PGM TECHNOLOGIES INC. and in accordance with LRCiv 83.1(b)(3) of the Rules of Practice of the United States District Court for the District of Arizona, IT IS HEREBY ORDERED that:

[X]   the motion of attorney for admission to practice pro hac vice is granted.

[_]   the motion of attorney for admission to practice pro hac vice is denied and the admission fee ordered returned.

Dated this ___18___ day of ___March___, 2005.

UNITED STATES DISTRICT/ ~~MAGISTRATE~~
JUDGE

(Rev 3/03)

