APR 2 2 2005

FILED _____ LODGED
RECEIVED _____ COPY

APR 2 7 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

PGM TECHNOLOGIES, INC., a Delaware
Corporation; GITA, LLC, an Arizona Limited
Liability Company; PETER STROJNIK, P.C., an
Arizona Professional Corporation; UNKNOWN
VICTIMS I-XXX;                                          )
                Plaintiff(s)/Petitioner(s),            )
                                                       )
        CAN PAY MINING CO., INC.                       )
  vs.   and Arizona Corporation;                       )
        DAVID AND TERRI FLASHA,                        )
Husband and Wife; D T Living Trust,                    )
David Flasha Trustee;  ABC persons                     )
and entities I-X                                       )
                Defendant(s)/Respondent(s)             )

CASE NO.  CV 05- 0637-PHX-ROS

ORDER FOR ADMISSION OF
ATTORNEY PRO HAC VICE

        Based upon the motion of __Joseph D. Johnson__ for admission to practice pro
hac vice in this action on behalf of __David and Terri Flasha__ and in accordance with
LRCiv 83.1(b)(3) of the Rules of Practice of the United States District Court for the District
of Arizona, IT IS HEREBY ORDERED that:

    [X]   the motion of attorney for admission to practice pro hac vice is granted.

    [_]   the motion of attorney for admission to practice pro hac vice is denied and the
          admission fee ordered returned.

    Dated this ___26___ day of ____April____, 20_05_

                                        _____
                                        UNITED STATES DISTRICT/ MAGISTRATE
                                        JUDGE

(Rev. 3/03)