FILED ___ LODGED
RECEIVED ___ COPY

MAY 25 2005

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PGM Technologies, Inc., et al.<br><br>Plaintiffs,<br><br>vs.<br><br>Can Pay Mining Co., Inc., et al.,<br><br>Defendants. | No. CV-05-0637-PHX-ROS<br><br>**ORDER** |

Good cause appearing,

**IT IS ORDERED** that Defendants' Motion for Extension of Time to Respond to Motion for Appointment of Trustee to Administer Assets of Defendants Subject to Involuntary Trusteeship [Doc. #30-1] and Motion for Extension of Time to Respond to Motion for Order to Show Cause [Doc. #29-1] are **GRANTED**. Defendants shall have until June 2, 2005 to respond to Plaintiffs' Motions.

DATED 5/23/05

Roslyn O. Silver
United States District Judge