1  Thomas Kummer, Esq.
   *Pro Hac Vice*
2  2164 Siesta Avenue
3  Las Vegas, Nevada 89109
   Telephone: 1-775-338-3705
4  Facsimile: 1-509-696-4871
5  e-mail: reno4829@aol.com
   Attorney for Plaintiffs
6
7                IN THE UNITED STATES DISTRICT COURT
8                     FOR THE DISTRICT OF ARIZONA
9
10 PGM TECHNOLOGIES, INC., a Delaware ) NO. 05-0637 PHX ROS
   Corporation; PETER STROJNIK, P.C., an )
11 Arizona Professional Corporation; ) **[PROPOSED] ORDER**
   UNKNOWN VICTIMS I-XXX;              )
12                                     )
                      Plaintiffs,      )
13                                     )
       vs.                             )
14                                     )
   CAN PAY MINING CO., INC. and        )
15 Arizona Corporation; DAVID AND TERRI)
   FLASHA, Husband and Wife; DT LIVING )
16 TRUST DATED JANUARY 16, 2003,       )
   David P. Flasha and Terri A. Flasha, co- )
17 trustees David Flasha Trustee; ABC  )
   persons and entities I-X,           )
18                                     )
                      Defendants.      )
19
20
21       Upon application by Plaintiffs, and good cause shown, IT IS ORDERED extending
22 the time to file Reply to Defendants Responses to (1) Plaintiffs' Motion For Appointment
23 of Trustee, and (2) Plaintiff's Motion For Order To Show Cause Re: Contempt Of Court
24 For Submitting False, Fraudulent and Forged Documents to June 24, 2005.
25

-1-

DONE IN OPEN COURT this 21 day of June, 2005.

*[signature: Roslyn O. Silver]*

_____
Hon. Roslyn O. Silver
Judge of the United States District Court