IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PGM Technologies, Inc., a Delaware Corporation; Peter Strojnik, P.C., an Arizona Professional Corporation; Unknown Victims I-XXX,<br><br>Plaintiffs,<br><br>vs.<br><br>Can Pay Mining Co., Inc. an Arizona Corporation; David and Terri Flasha, husband and wife; DT Living Trust dated January 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | No. CIV-05-0637-PHX-ROS<br><br>**ORDER** |

On June 23, 2005, Plaintiff filed a notice to voluntarily dismiss this action <u>without prejudice</u> under Rule 41(a)(1) of the Federal Rules of Civil Procedure.[1]  Rule 41(a)(1) provides that "an action may be dismissed by the plaintiff without an order of the court . . . by filing a notice of dismissal at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs[.]"  Because Defendant has not yet answered, voluntary dismissal under Rule 41(a)(1) is appropriate.  Although a formal order of the Court is not required to dismiss the action, the Court will enter an order to ensure that the Clerk's Office properly terminates the action.

Accordingly,

**IT IS ORDERED** that this action is hereby dismissed without prejudice under Rule 41(a)(1) of the Federal Rules of Civil Procedure.

---

[1] Plaintiff cited Rule 41(a) of the Arizona Civil Rules of Procedure, but obviously meant the Federal Rules of Civil Procedure.

DATED this 26th day of October, 2005.

Roslyn O. Silver
United States District Judge