Thomas Kummer, Esq.
*Pro Hac Vice*
2164 Siesta Avenue
Las Vegas, Nevada 89109
Telephone: 1-775-338-3705
Facsimile: 1-509-696-4871
e-mail: reno4829@aol.com
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br><br>vs.<br><br>CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. 05-0637 PHX ROS<br><br>**MOTION TO REINSTATE CASE BY PLAINTIFF PETER STROJNIK** |

Plaintiff has heretofore filed two notices of voluntary dismissal: One by Plaintiff GITA, L.L.C. who settled with Defendants; the other by PGM TECHNOLOGIES, INC. one of whose (former) officers had executed a release of liability on the part of Defendants, rendering continued action inappropriate.

Unfortunately, through inadvertence, PGM TECHNOLOGIES, INC.'s Notice Of Voluntary Dismissal did not correctly articulate that the term "plaintiff" did not specify that it only related to PGM Technologies ("Plaintiff herewith gives notice of voluntary

-1-

dismissal"). Plaintiff PETER STROJNIK, P.C. did not intend to dismiss its claims against Defendants.

Based on this lack of clarity on the part of Plaintiff, this Court dismissed the entire case on October 26, 2005. Since the intention of the Notice of Voluntary Dismissal was to dismiss only the claims of Plaintiff PGM TECHNOLOGIES, INC., the remaining Plaintiff, PETER STROJNIK, P.C. respectfully requests that his claims be reinstated.

RESPECTFULLY submitted this 3rd day of November, 2005.

Thomas Kummer
Pro hac vice
Attorney for Plaintiff

-2-

# PROOF OF SERVICE

The original and one copy of the foregoing
MAILED this _____ day of November, 2005, to:

The Clerk of the United States District Court
401 West Washington
Phoenix, Arizona 85003

And copies mailed to:

Thomas M. Hoidal, Esq.
HOIDAL & HANNAH, P.L.C.
111 West Monroe St., Suite 1210\
Phoenix, Arizona 85003

And to:

Joseph D. Johnson, Esq.
LAW OFFICE OF JOSEPH D. JOHNSON CHTD.
112 SW 8th Avenue
Topeka, Kansas 66603-3910

_____

Thomas Kummer, Esq.
*Pro Hac Vice*
2164 Siesta Avenue
Las Vegas, Nevada 89109
Telephone: 1-775-338-3705
Facsimile: 1-509-696-4871
e-mail: reno4829@aol.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PGM TECHNOLOGIES, INC., a Delaware Corporation; GITA, LLC, an Arizona Limited Liability Company; PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br><br>vs.<br><br>CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. 05-0637 PHX ROS<br><br>**[PROPOSED] ORDER** |

Pursuant to Motion To Reinstate Case By Plaintiff Peter Strojnik, and good cause shown, IT IS ORDERED that the claims by PETER STROJNIK, P.C. against the Defendants are hereby reinstated.

DATED this ____ day of _____, 2005.

_____
Roslyn O. Silver
United States District Judge

-1-