1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT
7                           FOR THE DISTRICT OF ARIZONA
8
9  Peter Strojnik, P.C., an Arizona )   No. 05-0637-PHX-ROS
   Professional Corporation; Unknown )
10 Victims I-XXX,                    )   **ORDER**
                                     )
11         Plaintiff,                )
                                     )
12 vs.                               )
                                     )
13                                   )
   Can Pay Mining Co., Inc, an Arizona)
14 Corporation; David and Terri Flasha,)
   Husband and Wife; DT Living Trust Dated)
15 January 16, 2003, David P. Flasha and)
   Terri A. Flash, co-trustees, David Flasha)
16 Trustee; ABC persons and entities I-X, )
                                     )
17         Defendant.                )
                                     )
18 _____)
19
20
21         Pending before the Court is Plaintiff Peter Strojnik, P.C.'s Motion to Reinstate Case.
22 (Doc. # 40). For the following reasons, the motion is granted.
           The original complaint filed on February 28, 2005 included four Plaintiffs: PGM
23
   Technologies, Inc; Gita, LLC; Peter Strojnik, P.C.; and Unknown Victims I-XXX. On April
24
   8, 2005, Gita, LLC provided notice of voluntary dismissal. (Doc. # 22) On June 27, 2005
25
   another notice of voluntary dismissal was filed. (Doc. # 38) That notice stated that "Plaintiff
26
   herewith gives notice of voluntary dismissal." The notice did not identify which Plaintiff was
27
   seeking the voluntary dismissal. The Court entered an order on October 27, 2005 dismissing
28

the action in its entirety. (Doc. # 39) Plaintiff Peter Strojnik, P.C. filed the current motion on November 3, 2005 asking the Court to reinstate his claims against Defendants. (Doc. # 40) According to Peter Strojnik, P.C., the notice of dismissal filed on June 27, 2005 was meant to dismiss only the claims of PGM Technologies, Inc. and not the action in its entirety.

"A voluntary dismissal . . . is a judgment, order, or proceeding from which Rule 60(b) relief can be granted." In re Hunter, 66 F.3d 1002, 1004 (9th Cir. 1995). Rule 60(b) allows for relief due to "mistake, inadvertence, surprise, or excusable neglect." Plaintiff Peter Strojnik, P.C. argues that the notice of dismissal inadvertently failed to specify which Plaintiff was seeking a dismissal. The Court concludes that the failure was, in fact, inadvertent and the action should be reinstated. See Noland v. Flohr Metal Fabricators, 104 F.R.D. 83, 85-86 (D. Alaska 1984) (allowing amendment of notice of dismissal when party meant to dismiss one defendant, not entire action).

Accordingly,

IT IS ORDERED that Plaintiff Peter Strojnik, P.C.'s Motion to Reinstate Case (Doc. # 40) is GRANTED.

DATED this 11/9/05

Roslyn O. Silver
United States District Judge