1

2

3                        IN THE UNITED STATES DISTRICT COURT

4                           FOR THE DISTRICT OF ARIZONA

5    Peter Strojnik, P.C., an Arizona)    No. CV05-0637-PHX ROS
     Professional Corporation; Unknown)
6    Victims I-XXX,                    )    **ORDER SETTING**
                                       )
7              Plaintiffs,             )    **SCHEDULING CONFERENCE**
                                       )
8    vs.                               )
                                       )
9    Can Pay Mining Co., Inc., an Arizona)
     Corporation; David and Terri Flasha,)
10   husband and wife; DT Living Trust Dated)
     January 16, 2003; David P. Flasha and
11   Terri A. Flasha, co-trustees; David Flasha
     Trustee; ABC persons and entities I-X,
12
               Defendants.
13

14   _____

15       Pursuant to the Rules of Practice of the District of Arizona governing differentiated case

16   management, this action is designated a **standard track** case.  Accordingly,

17       **IT IS HEREBY ORDERED** that pursuant to Fed.R.Civ.P. (FRCP) 16 a Scheduling

18   Conference is set for____February 23, 2006 at 9:00 A.M.____ at the Sandra Day O'Connor U.S.

19   Courthouse, 401 West Washington, 6th floor, Phoenix, Arizona. This Court views the

20   Scheduling Conference as critical to its case management responsibilities and the

21   responsibilities of counsel/ parties pursuant to FRCP 1. **All counsel to this action must advise**

22   **the Court three days prior to this Conference if they plan to participate by telephone.**

23       **IT IS FURTHER ORDERED** that: (1) The counsel/parties are directed to Rule 16 of the

24   FRCP for the guidelines to be followed at this Conference. (2) Counsel who will serve as

25   principal trial counsel, or who have the authority to make stipulations at the Conference and

26   have knowledge of all facets of this action must appear at the Conference.  (3) Counsel/Parties

27   who fail to appear or who are late, or counsel/parties who send insufficiently authorized and

28

1  knowledgeable substitutes to the Conference **shall** be ordered to pay the attorneys fees and
2  expenses of the counsel/parties who attend the Conference.

3      **IT IS FURTHER ORDERED** that all counsel/parties **shall** conduct an initial **Case**
4  **Management Meeting** at least <u>twenty-one days</u> before the Scheduling Conference in
5  accordance with Rule 26(f) of the FRCP and **shall** discuss the matters set forth in the Court's
6  **Agenda for Case Management Meeting**.

7      **IT IS FURTHER ORDERED** that it **shall** be the responsibility of the Plaintiff or Plaintiff's
8  counsel to initiate the communication necessary with opposing counsel/parties to schedule the
9  **Case Management Meeting**, and to prepare both the **Proposed Case Management Plan** and
10 **Proposed Scheduling Order**.

11     **IT IS FURTHER ORDERED** that at the Case Management Meeting the counsel/parties
12 **shall** prepare a **Proposed Case Management Plan** and a **Proposed Scheduling Order** and
13 **shall** file them with the Court, not less than ten days before the Scheduling Conference.

14     **IT IS FURTHER ORDERED** that after the Scheduling Conference the Court will enter a
15 **Scheduling Order** that **shall** control the course of this action.  To the extent that the Court's
16 **Scheduling Order** differs from the parties'/counsel's **Proposed Case Management Plan**
17 and/or **Proposed Scheduling Order**, the Court's Order **shall** control the course of this action
18 unless modified by Court order, pursuant to FRCP 16(b) and (c).

19     **IT IS FURTHER ORDERED** that counsel/parties **shall** obtain and use from this Court's
20 website at www.azd.uscourts.gov. ( Refer to Judicial Officer Information under Operations and
21 Filings.), only the Court's forms for the **Agenda for the Case Management Meeting**, the
22 **Proposed Case Management Plan**, the **Proposed Scheduling Order**, the **Joint Proposed**
23 **Pretrial Order** and other documents and orders that are adopted and/or issued by this Court
24 throughout the course of this action.

25

26

27

28

**IT IS FURTHER ORDERED** that counsel/parties **shall** provide in writing to the Court, at or before the Scheduling Conference, an e-mail address to be used by the Court, as it deems necessary, for immediate contact and communication with counsel/parties, and for distribution to counsel/parties of Court decisions, papers and documents, including those occurring at hearings where minute entries are not prepared.

DATED this 6th day of January, 2006.

Roslyn O. Silver
United States District Judge