JOSEPH D. JOHNSON (appearing *pro hac vice*)
LAW OFFICE OF JOSEPH D. JOHNSON CHTD.
PO Box 8385
Topeka, KS 66608
KS no. 09151 MO no. 47169
Telephone: (785) 232-6933
Facsimile: (785) 232-6954

THOMAS M. HOIDAL
LAW OFFICE OF THOMAS M. HOIDAL, P.L.C.
111 W. Monroe St., Suite 1210
Phoenix, AZ 85003
thoidal@hoidallawoffice.com
State Bar No. 007194
Telephone: (602) 254-0202
Facsimile: (602) 254-0404

Counsel for Defendants

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PGM TECHNOLOGIES, INC., a Delaware Corporation; GITA, LLC., an Arizona Limited Liability Company; PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br><br>vs.<br><br>CAN PAY MINING CO., INC., an Arizona Corporation: DAVID AND TERRI FLASHA, Husband; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. CV05- 0637-PHX-ROS<br><br>**MOTION TO WITHDRAW** |

COMES NOW Joseph D. Johnson of the Law Office of Joseph D. Johnson, Chtd., and pursuant to Local Rule Civ. 83.3, files his Motion to Withdraw as counsel for defendants Can Pay Mining Co., Inc., David P. Flasha, Terri A. Flasha and DT Living Trust dated January 16, 2003, David P Flasha and Terri A. Flasha, Co-trustees and David Flasha, Trustee in the above captioned case.

As a basis for this Motion counsel states as follows:

Counsel for the defendants has been appointed Judge of the Third Judicial District, State of Kansas. He will be sworn in on January 27, 2006, and his private practice will be closed effective that date.

WHEREFORE, counsel prays the Court grant his request to withdraw forthwith.

RESPECTFULLY SUBMITTED this 27th day of January, 2006.

Law Office of Joseph D. Johnson Chtd.

s/ Joseph D. Johnson
JOSEPH D. JOHNSON
Attorney for Defendants

Law Office of Thomas M. Hoidal, P.L.C.

s/ Thomas M. Hoidal
THOMAS M. HOIDAL
Attorney for Defendants

ORIGINAL of the foregoing filed electronically this 27th day of January, 2006, with:

Clerk of the Court, District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St.
Phoenix, AZ 85003-2118

COURTESY COPY of the foregoing hand-delivered this 27th day of January, 2006 to:

The Honorable Roslyn O. Silver
United States District Judge
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003

COPY distributed electronically this same date to:

Thomas Kummer, Esq.

**CERTIFICATE OF COUNSEL**

I, Thomas M. Hoidal, being first duly sworn, depose and say as follows:

In accordance with Local Rule 83.3(b)(2), the Defendants, Can Pay Mining Co. Inc., and David Flasha, have been notified in writing of the status of the case including the dates and time of any court hearings, pending compliance with any court orders, and the possibility of sanctions by letter addressed to David Flasha c/o GITA, Southeast International Trading Corp., G/F Cacho Gonzales Bldg, 101 Aguirre Street Legaspi Village, Makati City, Manila, Philippines.

FURTHER AFFIANT SAYETH NAUGHT.

THOMAS M. HOIDAL

STATE OF ARIZONA )
) ss.
County of Maricopa )

SUBSCRIBED AND SWORN TO before me this 30th day of January, 2006 by Thomas M. Hoidal.

Notary Public

My Commission Expires:

"OFFICIAL SEAL"
Roxene Gayden
Notary Public-Arizona
Maricopa County
My Commission Expires 12/28/2008



**CONSENT**

I, Terri Flasha, being one of the defendants in the above entitled matter, have read and agree to the attached withdrawal of counsel, Joseph D. Johnson, Law Office of Joseph D. Johnson, Chtd.

DATED this 28 day of January, 2006.

Terri Flasha, Defendant