# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PGM TECHNOLOGIES, INC., a Delaware Corporation; GITA, LLC, an Arizona Limited Liability Company; PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br>v.<br>CAN PAY MINING CO., INC. an Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | Case No.: CV 05-0637-PHX-ROS<br><br>**O R D E R** |

Upon motion of the Defendant, the Court being advised and good cause appearing,

IT IS HEREBY ORDERED granting Joseph D. Johnson's Motion to Withdraw as counsel in the above-captioned matter.

DATED this 31st day of January, 2006.

_____
Roslyn O. Silver
United States District Judge