IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>  Plaintiffs,<br>vs.<br><br>CAN PAY MINING CO., INC., an Arizona Corporation: DAVID AND TERRI FLASHA, Husband; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>  Defendants. | NO. CV05- 0637-PHX-ROS<br><br>**ORDER CONTINUING RULE 16 CONFERENCE** |

PURSUANT TO MOTION THEREFORE, and good cause shown, IT IS ORDERED vacating the Rule 16 Pre-Trial Conference presently scheduled for February 23, 2006, at 9:00 a.m. and continuing the same to April 12, 2006 at 9A.M.

Dated February 22, 2006

_____
Roslyn O. Silver
United States District Judge

1