**GARY R. STICKELL,**
**Attorney At Law, P.C.**
301 E. Bethany Home Road
Suite B100
Phoenix, AZ 85012
(602) 266-2622

Gary R. Stickell
AZ Bar #007512

Attorney for Debtors

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br><br>vs.<br><br>CAN PAY MINING, CO., INC., an Arizona corporation; DAVID and TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. 05-0637 PHX ROS<br><br>**NOTICE OF FILING**<br>**CHAPTER 13 BANKRUPTCY** |

   NOTICE IS HEREBY given that Defendant, TERRI FLASHA filed a voluntary petition under Chapter 13 of the United States Bankruptcy Code on February 21, 2006 Case No. 4:06-bk-000108 JMM.  The proceedings in this matter as to the Defendant TERRI FLASHA are stayed pursuant to 11 U.S.C. § 362.

   DATED: March 24, 2006

                              **GARY R. STICKELL**
                              **Attorney at Law, P.C.**

                               /s/ Gary R. Stickell #007512
                              Gary R. Stickell
                              301 E. Bethany Home Road, Suite B100
                              Phoenix, Arizona 85012
                              Attorney for Debtors

- 1 -

1  **ORIGINAL** Electronically filed March 24, 2006.

3  **COPY** of the foregoing mailed March 24, 2006, to:

Peter Strojnik
Peter Strojnik, P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, AZ 85012

by:   /s/ Gary R. Stickell #007512