THOMAS M. HOIDAL
LAW OFFICE OF THOMAS M. HOIDAL, P.L.C.
111 W. Monroe St., Suite 1210
Phoenix, AZ 85003
thoidal@hoidallawoffice.com
State Bar No. 007194
Telephone: (602) 254-0202
Facsimile:  (602) 254-0404

Counsel for Defendants

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>　　　　Plaintiffs,<br>vs.<br><br>CAN PAY MINING CO., INC., an Arizona Corporation: DAVID AND TERRI FLASHA, Husband; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>　　　　Defendants. | NO. CV05- 0637-PHX-ROS<br><br>**MOTION TO WITHDRAW** |

　　　　Counsel undersigned respectfully requests, pursuant to Local Rule LR Civ. 83.3(b), that he be allowed to withdraw from further representation in this matter because the defendants have substantially failed to fulfill financial obligations to counsel regarding counsel's services and have been given reasonable warning that counsel will withdraw unless the obligation is fulfilled. One of the defendants has now filed Chapter 13 bankruptcy. (See Docket #49) The other defendant is currently working out of the Country. Defense counsel believes it is permissible under the provisions of E.R. 1.16 of the Arizona Rules of Professional Conduct to seek to withdraw from further representation in this case.

-2-

1  A copy of this motion has been sent to the clients at their last known addresses.

2  RESPECTFULLY SUBMITTED this  6th  day of April, 2006.

Law Office of Thomas M. Hoidal, P.L.C.

s/ Thomas M. Hoidal
THOMAS M. HOIDAL
Attorney for Defendants

ORIGINAL of the foregoing filed electronically
this  6th  day of April, 2006, with:

Clerk of the Court, District of Arizona
Sandra Day O'Connor U.S. Courthouse
401 W. Washington St.
Phoenix, AZ  85003-2118

COURTESY COPY of the foregoing hand-delivered
this  6th  day of April, 2006 to:

The Honorable Roslyn O. Silver
United States District Judge
Sandra Day O'Connor U.S. Courthouse
401 West Washington Street
Phoenix, Arizona 85003

COPY distributed electronically
this same date to:

Thomas Kummer, Esq.

## CERTIFICATE OF COUNSEL

I, Thomas M. Hoidal, being first duly sworn, depose and say as follows:

In accordance with Local Rule 83.3(b)(2), the Defendants, Can Pay Mining Co. Inc., David Flasha, Terri Flasha, DT Living Trust dated January 16, 2003, David and Terri Flasha co-trustees and David Flasha, trustee, have been notified in writing of the status of the case including the dates and time of any court hearings, pending compliance with any court orders, and the possibility of sanctions by letter addressed to David Flasha c/o GITA, Southeast International Trading Corp., G/F Cacho Gonzales Bldg, 101 Aguirre Street, Legaspi Village, Makati City, Manila, Philippines and to Terri Flasha, 399 West Via De Arboles, Queen Creek, AZ 85242.

FURTHER AFFIANT SAYETH NAUGHT.

_____
THOMAS M. HOIDAL

STATE OF ARIZONA ) 
) ss.
County of Maricopa )

SUBSCRIBED AND SWORN TO before me this 7th day of April, 2006 by Thomas M. Hoidal.

_____
Notary Public

My Commission Expires:



"OFFICIAL SEAL"
Roxene Gayden
Notary Public-Arizona
Maricopa County
My Commission Expires 12/28/2008