**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation; UNKNOWN VICTIMS I-XXX;<br><br>Plaintiffs,<br><br>v.<br><br>CAN PAY MINING CO., INC. an Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | Case No.: CV 05-0637-PHX-ROS<br><br>**O R D E R** |

PURSUANT TO A STIPULATION THEREFORE, and good cause shown,

IT IS ORDERED that this matter is stayed as follows:

1. Until such time as a lift stay order is entered in the bankruptcy proceeding 4:06-bk-000108 JMM permitting this action to continue against Terri Ann Flasha; or

2. Either party advises the Court that a continued stay against the non-bankruptcy filing defendants is no longer necessary.

DATED this 17th day of April, 2006.

_____
Roslyn O. Silver
United States District Judge