Thomas Kummer, Esq.
*Pro Hac Vice*
2164 Siesta Avenue
Las Vegas, Nevada 89109
Telephone: 1-775-338-3705
Facsimile: 1-509-696-4871
e-mail: reno4829@aol.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

PETER STROJNIK, P.C., an Arizona ) NO. 05-0637 PHX ROS
Professional Corporation; UNKNOWN )
VICTIMS I-XXX; ) **STATUS REPORT**
)
                          Plaintiffs, ) (P.A. Roslyn O. Silver)
)
    vs. )
)
CAN PAY MINING CO., INC. and )
Arizona Corporation; DAVID AND TERRI )
FLASHA, Husband and Wife; DT LIVING )
TRUST DATED JANUARY 16, 2003, )
David P. Flasha and Terri A. Flasha, co- )
trustees David Flasha Trustee; ABC )
persons and entities I-X, )
)
                          Defendants. )
_____ )

　　　　Undersigned counsel is presently under doctor's care arising out of an accident resulting

in a complete destruction of counsel's shoulder ball and socket. Nine days subsequent to the

accident, counsel underwent a complete major reconstructive surgery and has been, during this

time period, under significant sedative medication. For this reason, counsel files a belated

Status Report at this time.

## STATUS

On 04-18-06, the court entered its Order staying this matter as follows: 1. Until such time as a lift stay order is entered in the bankruptcy proceeding 4:06-bk-000108 JMM permitting this action to continue against Terri Ann Flasha; or 2. Either party advises the Court that a continued stay against the non-bankruptcy filing defendants is no longer necessary. On the same day, the Court entered its Order permitting the withdrawal of Thomas Hoidal as counsel for Defendants. Since then, there has been no communication from either Mr. or Mrs. Flasha. Counsel is informed,– but has not independently verified – that Mr. Flasha has been located in the Philippines by the Federal Bureau of Investigation, and that he is awaiting extradition to the United States. However, Plaintiff remains cautiously optimistic that the resolution of this case through a dismissal with prejudice is at hand.

The only asset against which Plaintiff can recover in this action is a house at 399 West Via De Arboles (the "Property") held in the name of Defendant DT Living Trust Dated January 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees. The house was purchased by Defendants Flasha with racketeering proceeds. Therefore, on February 28, 2005, Plaintiff filed a Notice of Involuntary Trusteeship (DOC 2). The Notice was recorded with the Pinal County Recorder on March 7, 2005. The effect of the Notice was make any subsequent purchaser of any interest in the property an involuntary trustee of such interest in favor of the Plaintiff.

In March of 2005, Defendants David and Terri Flasha negotiated a loan in the amount of $427,500.00 from Allied Mortgage Group. The loan was secured by a Deed of Trust against the Property. However, the Deed of Trust securing the $427,500.00 was recorded on March 28, 2005 - three weeks *after* the recording of the Notice of Involuntary Trusteeship. The Deed of

Trust was insured by First American Title Company ("FATCO").   As a result of the prior recorded Notice of Involuntary Trusteeship, Allied Mortgage made a claim against FATCO. Counsel is advised that FATCO accepted coverage.

In light of this rather complex factual background and the novelty of legal issues relating to involuntary trusteeship, coverage, and damages, Plaintiff made an offer to Allied Mortgage and FATCO to purchase the Deed of Trust *as is*. The offer is presently under consideration. Naturally, if the offer is accepted, the Notice of Involuntary Trusteeship and the entirety of the pending case will have to be dismissed[1] to make the title insurable.   Therefore, as soon as the settlement is reached, the entirety of the present case should be dismissed with prejudice.

Plaintiff requests that the Court schedule another status report for February of 2007.

RESPECTFULLY SUBMITTED this 17TH day of October, 2006.

**THOMAS KUMMER**

Thomas Kummer
*Pro hac vice*
Attorney for Plaintiff

---

[1] According To Title Co Requirements

**PROOF OF SERVICE**

The original of the foregoing
Filed electronically this 17th day of October, 2006, with:

The Clerk of the United States District Court
401 West Washington
Phoenix, Arizona 85003

Copy mailed to:

David Flasha
c/o GITA, Southwest International Trading Corp
G/F Cacho Gonzales Bldg, 101 Aguirre Street
Legaspi Village, Makati City
Manila, Philippines

and

Terri Flasha
399 West Via De Arboles
Queen Creek, Arizona 85242