IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Peter Strojnik, P.C., an Arizona Professional Corporation; Unknown Victims I-XXX,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Can Pay Mining Co., Inc, an Arizona Corporation; David and Terri Flasha, Husband and Wife; DT Living Trust Dated January 16, 2003, David P. Flasha and Terri A. Flash, co-trustees, David Flasha Trustee; ABC persons and entities I-X,<br><br>　　　　Defendants. | No. 05-0637-PHX-ROS<br><br>**ORDER** |

On April 12, 2006, the Court granted a stay in this case and ordered the parties to provide a joint status report by October 6, 2006. (Doc. 55) The Court later allowed counsel for Defendants to withdraw. (Doc. 54) There has been no indication that Defendants have obtained replacement counsel. Defendant Can Pay Mining Co., Inc. must obtain counsel to appear in this action. David and Terri Flasha may appear pro se if they wish, but have not stated their desire to do so.

Counsel for Plaintiff filed a status report on October 17, 2006. According to that status report, this case may be dismissed in the near future. Based on that representation, the

1  status hearing set for October 26, 2006 will be vacated.  The parties will be required to
2  submit a *joint* status report by February 12, 2007.

3      Accordingly,

4      **IT IS ORDERED** the status conference set for October 26, 2006 at 10:00 a.m. is
5  **VACATED**.

6      **IT IS FURTHER ORDERED** Defendant Can Pay Mining Co., Inc., has thirty days
7  from the date of this Order to obtain counsel.  Defendants David and Terri Flasha also have
8  thirty days from the date of this Order to either obtain counsel or opt to represent themselves.
9  Defendants Can Pay Mining Co., Inc., David Flasha, and Terri Flasha shall file a report no
10 more than thirty days from the date of this Order setting forth the name of counsel for Can
11 Pay Mining Co., Inc. and David and Terri Flasha's decision regarding counsel.

12     **IT IS FURTHER ORDERED** the parties are to submit a joint status report by
13 February 12, 2007.

15     DATED this 25th day of October, 2006.

20     Roslyn O. Silver
    United States District Judge