Thomas Kummer, Esq.
*Pro Hac Vice*
2164 Siesta Avenue
Las Vegas, Nevada 89109
Telephone: 1-775-338-3705
Facsimile: 1-509-696-4871
e-mail: reno4829@aol.com
Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation; <br><br> Plaintiffs, <br><br> vs. <br><br> CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X, <br><br> Defendants. | NO. 05-0637 PHX ROS <br><br> **NOTICE OF VOLUNTARY DISMISSAL** <br> (Terri Flasha Only) |

Plaintiff Peter Strojnik, P.C., through counsel, hereby voluntarily dismisses the above action against Terri Flasha only.

RESPECTFULLY submitted this 22nd day of January, 2007.

Peter Strojnik *for* Thomas Kummer
*Pro hac vice*
Attorney for Plaintiff

-1-

## PROOF OF SERVICE

The original of the foregoing
Filed electronically this 22nd day of January, 2007, with:

The Clerk of the United States District Court
401 West Washington
Phoenix, Arizona 85003

Copy mailed to:

David Flasha
c/o GITA, Southwest International Trading Corp
G/F Cacho Gonzales Bldg, 101 Aguirre Street
Legaspi Village, Makati City
Manila, Philippines
Defendant and Co-Trustee of the DT Living Trust Dated January 16, 2003

and

Terri Flasha
399 West Via De Arboles
Queen Creek, Arizona 85242
Defendant and
Statutory Agent for Can Pay Mining, Inc. and
Co-Trustee of the DT Living Trust Dated January 16, 2003

_____

-2-