# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation;<br><br>Plaintiffs,<br><br>vs.<br><br>CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. 05-0637 PHX ROS<br><br>**JUDGMENT**<br><br>**(Against Can Pay Mining Co., Inc; David Flasha; and DT Living Trust Dated January 16, 2003 only)** |

This case was stayed based on Defendant Terri Flasha filing bankruptcy. (Doc. 53) Plaintiffs have now agreed to dismiss Ms. Flasha. (Doc. 63) The other defendants have failed to comply with numerous court orders and made no attempts to participate further in this action. The Clerk has entered default. (Doc. 62)

Accordingly,

**IT IS ORDERED** Defendant Terri Flasha is **DISMISSED**.

**IT IS FURTHER ORDERED** judgment is entered against Defendants Can Pay Mining Co., Inc., David Flasha, and DT Living Trust dated January 16, 2003, and in favor of Plaintiff Peter Strojnik, P.C., as follows:

1. $195,090.00 on Count 3 of the Complaint (Racketeer Influenced and Corrupt Organizations Act (RICO) 18 U.S.C. §§ 1961-1968.

2. $195,090.00 on Count 6 (Pattern of Unlawful Activity in Violation of State Statute (A.R.S. 13-2314.04) trebled to $582,270.00.

3. $195,090.00 on Count 9 (Common Law Fraud)

4. $195,090.00 on Count 12 (Misrepresentation)

5. $195,090.00 on Count 15 (Concealment)

6. $74,780.75 on Count 16 (Breach of Contract) for General Representation and $54,870.00 for Wintergreen Representation, for the total of $129, 650.75.

7. For pre-judgment interest and post-judgment interest on $74,780.75 for General Representation from 12-14-04 and for pre-judgment interest and post-judgment interest on $54,870.00 for Wintergreen Representation from October 20, 2004, for the total interest of $40,275.84 as of December 31, 2006.

8. Amounts referenced in paragraphs 2, 6 and 7 are cumulative, entitling Plaintiff to a total judgment in the amount of $752,196.59 as of December 31, 2006 ("Total Judgment") Amounts referenced in Paragraphs 1, 3, 4, 5 are included in the Total Judgment.

9. For interest at the highest legal rate on the Total Judgment from December 31, 2006, until paid in full.

**IT IS FURTHER ORDERED** the Clerk of Court is directed to close this case.

Dated this 23rd day of January, 2007.

_____
Roslyn O. Silver
United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25