Terri Ann Flasha
399 W. Via De Arboles
Queen Creek, AZ 85242

_____ FILED          _____ LODGED
_____ RECEIVED       _____ COPY

JAN 3 0 2007

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ S  DEPUTY

January 12, 2007

The Clerk of the United States District Court
401 West Washington
Phoenix, AZ 85003

RE: Case Number 2:05-cv-637
    Case Name:  PGM Technologies Inc., et al v. Can Pay Mining Inc, et al
    Case Filer:  Peter Strojnik PC

It is with this letter that I ask for the Courts kind indulgence and assistance regarding the above named case.

On or about December 16, 2006 I received a copy of a Motion for the Entry of Default and Judgment by Default which was promptly granted on January 3, 2007 without status hearing in February of 2007.

I have no idea what this is all about and continue to be harassed by the filer in this action.  This action has ruined my life and has left me devastated and broke.

I cannot afford representation, had to file for bankruptcy and am now losing my home.   I am the only one remaining in the country and as such, continue to be harassed by this man who uses his knowledge of the law to do same.  I have suffered untold mental and emotional anguish due to this action and look to the Court to assist me in this matter in asking this man to cease this harassment.

There was a Motion to Dismiss before the Court in this action which was completely ignored and I sincerely hope that the Court would at least review this matter.

1. Can Pay Mining is no longer in business as it ceased operation mid 2005 going broke due to this action.
2. I am no longer Statutory Agent for this Corporation.
3. My estranged husband, David Flasha, left the country and I have no idea where he is and have had no contact with him in over 18 months. This has also impaired my ability to divorce him since he is still entitled to due process and must be served, rendering me helpless in all areas.

Page -2-
January 12, 2007
Letter re: Case Number 2:015-cv-637

4. DT Trust no longer exists

Mr. Strojnik placed a Notice of Involuntary Trusteeship on my home without merit or judgment in 2005 which has caused untold harm in my ability to sell the property and the lack of judgment giving no validity to this notice is well documented in the exchanges between my Bankruptcy Trustee's Representative and Mr. Strojnik.

It is also important for the Court to know Mr. Strojnik and Mr. Flasha were partners in a few business ventures of the same kind named in this suit. I was not privy to the exact content of their agreements or conversations and have no idea what any of this is all about.

I have been a victim of circumstance by marriage and ask the court to please assist me in honoring my bankruptcy and to get this man to cease his continued pursuit of me. There is nothing left. If he feels that there is, he should try to find David Flasha.

This case was named in my bankruptcy and I pray that there is no avenue with which Mr. Strojnik is granted to further pursue his action against me.

This Default Judgment is for sums that are outrageous and can certainly not be paid by me.

My estranged husband totally abandoned me some 18 months ago and there is nothing left.

I sincerely hope that my protection in bankruptcy court and relief of same will further protect me from this man who has used his knowledge of the law to continue to harass me.

Very truly yours,

Terri Ann Flasha

Cc: Arizona Bar Association