Thomas Kummer, Esq.
*Pro Hac Vice*
2164 Siesta Avenue
Las Vegas, Nevada 89109
Telephone: 1-775-338-3705
Facsimile: 1-509-696-4871
e-mail: reno4829@aol.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. 05-0637 PHX ROS<br><br>**MOTION TO REOPEN CASE TO CONSIDER VERIFIED APPLICATION FOR SUPPLEMENTAL RELIEF AUTHORIZED BY STATUTE** |

1. On 02-28-05, Plaintiff filed a Notice of Involuntary Trusteeship with this Court (DOC 2) and, pursuant to A.R.S. §12-1191, timely recorded it with the Pinal County Recorder.

2. In order for the remedy of involuntary trusteeship to attach, the Plaintiff must first prevail against the Defendants.

3. On 01-23-07, Plaintiff prevailed against Defendants. On that day, the Court entered Judgment in favor of Plaintiff and ordered this case closed. (DOC 64)

4. The statutory remedy of involuntary trusteeship provides for the enforcement of the involuntary trusteeship through an order of the Court as indicated in the Application for Supplemental Relief Authorized by Statute filed in this matter on 02-26-07. (DOC 66)

5. On 02-27-07, the United States Bankruptcy court sitting in Tucson, Arizona, entered an Order granting this Court the right to decide the issues raised in the Application for Supplemental Relief Authorized by Statute. (Exhibit "A")

6. Plaintiff incorporates to this Motion the entire Verified Application for Supplemental Relief Authorized by Statute as if fully restated herein.

## PRAYER FOR RELIEF

For the foregoing reasons Plaintiff respectfully requests that the Court to reopen the case for the sole purpose of considering Plaintiff's Verified Application for Supplemental Relief Authorized by Statute, and to grant the relief requested therein.

RESPECTFULLY submitted this 8th day of March, 2007.

_Thomas Kummer/pyPS_
Thomas Kummer
*Pro hac vice*
Attorney for Plaintiff

# PROOF OF SERVICE

The original of the foregoing
Filed electronically this 8th day of March, 2007, with:

The Clerk of the United States District Court
401 West Washington
Phoenix, Arizona 85003

Copy mailed to:

David Flasha
c/o GITA, Southwest International Trading Corp
G/F Cacho Gonzales Bldg, 101 Aguirre Street
Legaspi Village, Makati City
Manila, Philippines
Defendant and Co-Trustee of the DT Living Trust Dated January 16, 2003

and

Terri Flasha
399 West Via De Arboles
Queen Creek, Arizona 85242
Defendant and
Statutory Agent for Can Pay Mining, Inc. and
Co-Trustee of the DT Living Trust Dated January 16, 2003

_____

**FILED**

FEB 2 7 2007

U.S. BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| TERRI ANN FLASHA, | ) | No. 4:06-bk-00108-JMM |
| Debtor. | ) | **ORDER** |

Upon hearing, and good cause appearing,

IT IS HEREBY ORDERED OVERRULING Peter Strojnik's Objection to Notice of Trustee's Intent to Abandon Property (Dkts. #109 and #98) and GRANTING Trustee's request (Dkt. #93) to abandon certain real property located at 399 W. Via De Arboles, Queen Creek, Pinal County, Arizona;

IT IS FURTHER ORDERED lifting the automatic stay to allow the following court actions concerning the real property mentioned above to proceed to conclusion:

1. Maricopa County CV 2006-017669, Allied Mortgage Group v. Peter Strojnik, PC et al; and

2. US District Court CV 05-0637 PHX ROS Peter Strojnik PC v. Can Pay Mining et al.

Said court actions, which this court was advised by counsel concern title to the property, or the extent and/or priority of liens upon said property, may continue to determine such title issues.

# EXHIBIT "A"

However, to the extent that those court proceedings may seek to obtain or enforce any monetary liability of the Debtor in this bankruptcy case, Terry Ann Flasha, the Debtor's bankruptcy discharge[1] and the permanent injunction of 11 U.S.C. 524 prevents such ongoing efforts.

DATED: February 27, 2007.

/s/ James M. Marlar
JAMES M. MARLAR
UNITED STATES BANKRUPTCY JUDGE

COPIES served as indicated below
this 26th day of February, 2007, upon:

Gary R. Stickell Attorney at Law, P.C.
301 E. Bethany Home Road, Suite B100
Phoenix, AZ 85012
Attorney for Debtor
Email: gstickell@garystickell.net

Michael M. Neal
110 S. Church Ave., #4298
Tucson, AZ 85701
Attorney for Chapter 7 Trustee
Email mmnealpc@qwest.net

Peter Strojnik
Peter Strojnik, P.C.
3030 N. Central Avenue, Suite 1401
Phoenix, AZ 85012
Email strojnik at aol.com

Leonard J. McDonald, Jr.
Tiffany & Bosco
2525 East Camelback Rd., Third Floor
Phoenix, AZ 85016
Email ljm@tblaw.com

Office of the United States Trustee
230 North First Avenue, Suite 204
Phoenix, AZ  85003-1706
U.S. Mail

By /s/  M. B. Thompson
      Judicial Assistant

---

[1] The Debtor's discharge was entered in this case on December 11, 2006.

2