Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012
Telephone: 602-297-3019
Facsimile: 602-297-3176
e-mail: Strojnik@aol.com
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| PETER STROJNIK, P.C., an Arizona Professional Corporation;<br><br>Plaintiff,<br><br>vs.<br><br>CAN PAY MINING CO., INC. and Arizona Corporation; DAVID AND TERRI FLASHA, Husband and Wife; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC persons and entities I-X,<br><br>Defendants. | NO. 05-0637 PHX ROS<br><br>**NOTICE OF APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE 9TH CIRCUIT** |

Peter Strojnik, P.C., Plaintiff appeals to the United States Court of Appeals for the 9th Circuit from the Order entered in this case on March 29, 2007, to wit: Order [68] denying Motion to Reopen Case [67] and [66] Application for Supplemental Relief [66].

RESPECTFULLY submitted this 27th day of April, 2007.

_____
Peter Strojnik, 6464
THE LAW FIRM OF PETER STROJNIK
3030 North Central Avenue, Suite 1401
Phoenix, Arizona 85012

-1-

# PROOF OF SERVICE

The original of the foregoing
Filed electronically this 27th day of April, 2007, with:

The Clerk of the United States District Court
401 West Washington
Phoenix, Arizona 85003

Copy mailed to:

David Flasha
c/o GITA, Southwest International Trading Corp
G/F Cacho Gonzales Bldg, 101 Aguirre Street
Legaspi Village, Makati City
Manila, Philippines
Defendant and Co-Trustee of the DT Living Trust Dated January 16, 2003

and

Terri Flasha
399 West Via De Arboles
Queen Creek, Arizona 85242
Defendant and
Statutory Agent for Can Pay Mining, Inc. and
Co-Trustee of the DT Living Trust Dated January 16, 2003

_____

-2-