**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 30 2009

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| PGM TECHNOLOGIES INC, a Delaware Corporation, | No. 07-15826<br>D.C. No. CV-05-00637-ROS<br>District of Arizona, Phoenix |
| Plaintiff, | |
| UNKNOWN VICTIMS, I-XXX, | **MANDATE** |
| Plaintiff, | |
| and | |
| PETER STROJNIK P.C.; PETER STROJNIK PC, an Arizona Professional Corporation, | |
| Plaintiffs - Appellants, | |
| v. | |
| CAN PAY MINING INC, and Arizona Corporation; DAVID FLASHA husband; DT LIVING TRUST DATED JANUARY 16, 2003, David P. Flasha and Terri A. Flasha, co-trustees David Flasha Trustee; ABC, persons and entities I-X, | |
| Defendants - Appellees. | |

The judgment of this Court, entered 04/08/09, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

/s/
By: Theresa Benitez
Deputy Clerk