# 9CCA
# Returned File Form

DISTRICT COURT CASE # **CV-05-637-PHX-ROS**

9CCA CASE # **07-15826**

|  | CIVIL | CRIMINAL |
|---|---|---|
|  | [X] | [ ] |

**1**   CLERK'S FILES

**0**   TRANSCRIPTS (DOCKET NUMBERS)

_____

_____

**0**   BULKIE (DOCKET NUMBERS)

_____

_____

**0**   EXPANDOS

**0**   OTHER DOCUMENTS

|  | YES | NO |
|---|---|---|
| APPEAL STAMP | [ ] | [X] |

VERIFIED BY: _[signature]_

DATE: 7/16/2009